1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   ANDREW M. SCOBLE (CABN 124940)
5  JONAH P. ROSS (CABN 305076)
   WENDY M. GARBERS (CABN 213208)
6  Assistant United States Attorneys

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (415) 436-7196
        FAX: (510) 637-3724
9       Email: alexis.james@usdoj.gov
               andrew.scoble@usdoj.gov
10             jonah.ross@usdoj.gov

11 Attorneys for United States of America

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                 OAKLAND DIVISION

15

16 UNITED STATES OF AMERICA,            ) NO.: 25-cr-0332 HSG
                                        )
17        Plaintiff,                    ) MOTION TO UNSEAL AND [PROPOSED[
                                        ) ORDER
18     v.                               )
                                        ) **UNDER SEAL**
19 MARVIN BONILLA,                      )
      a/k/a "Malandro,"                 )
20 EDWIN CANO-MERIDA,                   )
      a/k/a "Zombie,"                   )
21 CESAR ROLANDO LUCAS-PABLO,           )
      a/k/a "Lobo,"                     )
22 WALFER MENDOZA-MENDOZA,              )
      a/k/a "Shorty,"                   )
23 GONZALO PABLO,                       )
      a/k/a "Chalo,"                    )
24 JERONIMO "ORLANDO" PABLO-            )
   CARRILLO,                            )
25    a/k/a "Paisano,"                  )
   MARIO PABLO-MATIAS,                  )
26    a/k/a "Chuco,"                    )
   RAYMUNDO PABLO-MATIAS,               )
27    a/k/a "El Moch,"                  )
   CARLOS RAMIRO-MENDOZA,               )
28    a/k/a "Minch,"                    )
                                        )
   Defendants.

   MOTION FOR SEALING ORDER                    1                    v. 2/22/2020

1

2    The United States, by and through its counsel, Assistant United States Attorney Alexis James,

3  moves this Court for an order unsealing the above-referenced case in entirety, except docket entry

4  number 13, as described in court on October 30, 2025.  Several of the defendants have been arrested and

5  are in federal custody, thus disclosure of the case is no longer likely to jeopardize the investigation or

6  impending arrests.

7    Accordingly, the United States requests that the Court unseal the entire case, except docket entry

8  number 13.

9

10  DATED:  October 31, 2025                          Respectfully submitted,

11                                                    CRAIG H. MISSAKIAN
                                                      United States Attorney
12

13
                                                      /s/
14                                                    Alexis James
                                                      Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

2

   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   ANDREW M. SCOBLE (CABN 124940)
5  JONAH P. ROSS (CABN 305076)
   WENDY M. GARBERS (CABN 213208)
6  Assistant United States Attorneys

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (415) 436-7196
        FAX: (510) 637-3724
9       Email:  alexis.james@usdoj.gov
                andrew.scoble@usdoj.gov
10               jonah.ross@usdoj.gov

11  Attorneys for United States of America

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                 OAKLAND DIVISION

15

   UNITED STATES OF AMERICA,          )  NO.:  25-cr-0332 HSG
16                                     )
          Plaintiff,                   )  [PROPOSED] SEALING ORDER
17                                     )
       v.                              )  **UNDER SEAL**
18                                     )
   MARVIN BONILLA,                     )
19      a/k/a "Malandro,"              )
   EDWIN CANO-MERIDA,                  )
20      a/k/a "Zombie,"                )
   CESAR ROLANDO LUCAS-PABLO,          )
21      a/k/a "Lobo,"                  )
   WALFER MENDOZA-MENDOZA,             )
22      a/k/a "Shorty,"               )
   GONZALO PABLO,                      )
23      a/k/a "Chalo,"                )
   JERONIMO "ORLANDO" PABLO-           )
24  CARRILLO,                          )
        a/k/a "Paisano,"              )
25  MARIO PABLO-MATIAS,                )
        a/k/a "Chuco,"                )
26  RAYMUNDO PABLO-MATIAS,             )
        a/k/a "El Moch,"              )
27  CARLOS RAMIRO-MENDOZA,             )
        a/k/a "Minch,"                )
28                                     )
   Defendants.
   [PROPOSED] SEALING ORDER              1                    v. 2/22/2020

1

2      Upon motion of the United States and good cause having been shown, IT IS HEREBY

3   ORDERED that the government's application for an unsealing order, in the above-referenced case, shall

4   be GRANTED.

5      The entirety of the case shall be unsealed, except for docket entry number 13 for reasons

6   described on the record on October 30, 2025.

7   IT IS SO ORDERED.

8   DATED: 10/31/25

9                                                    _____

10                                                   HON. DONNA M. RYU
                                                     United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28